# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**BYRON K. DANIELS**  PLAINTIFF

v.  Case No. 4:16-cv-00291 KGB

**MCCORMACK BARON SALZAAR,** *et al.*  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Byron K. Daniels' operative complaint is dismissed. The Court dismisses without prejudice Mr. Daniels' claims against separate defendants Baron Salazar, Inc., d/b/a The Oaks Apartment ("McCormack"), and Catricia Marks. The Court dismisses with prejudice Mr. Daniels' claims pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e, and the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 623(d), against separate defendants Pauline Olden and Mary Long in their individual capacities. The Court dismisses without prejudice Mr. Daniels' remaining claims against Ms. Olden and Ms. Long. The relief sought is denied.

So adjudged this 5th day of June, 2018.

Kristine G. Baker
United States District Judge